AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br><br>Tristan DAVIS<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:25MJ-399-LLK<br>)<br>)<br>)<br>) |

```
                    FILED
         JAMES J. VILT JR., CLERK
           U.S. DISTRICT COURT
            W/D OF KENTUCKY

         Date:      Jul 18, 2025
```

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 17, 2025__ in the county of __Jefferson__ in the __Western__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Convicted Felon |
| 18 U.S.C. § 922(o) | Possession of a Machine Gun |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Gabriel Hellard, ATF Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 07/18/2025

City and state: Paducah, Kentucky

**Lanny King, Magistrate Judge**
**United States District Court**

FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: Jul 18, 2025

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Gabriel Hellard, having been duly sworn, state:

### Identity of Law Enforcement Officer Making Request

1.  I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been since February of 2023. I am currently assigned to the ATF Louisville Field Division, Louisville Group IV. I am a graduate of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program, both of which are conducted at the Federal Law Enforcement Training Center in Glynn County, Georgia. Prior to becoming a Special Agent, I served as a sworn law enforcement officer in the state of Kentucky for approximately 9 years. I began my law enforcement career in 2013 with the Louisville Metro Police Department (LMPD) in Louisville, Kentucky as a Police Recruit, and in June 2014 was sworn in as a Police Officer. While employed by LMPD I held the positions of Patrol Officer, Police Detective, and Special Deputy with the ATF. Immediately prior to taking a position as a Special Agent with the ATF, I was a Special Deputy with the ATF and assigned to the LMPD Firearms Intelligence Squad (FIS) where I primarily investigated firearm related offenses with intent to be prosecuted in Circuit Court in the state of Kentucky or through Federal Court by ATF Special Agents.

2.  I have received training and gained experience in all aspects of law enforcement, including interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computer evidence identification, computer evidence seizure and processing, and various other criminal laws and procedures. I have received investigative training in overt and covert methods to investigate violent criminal acts by individuals, organizations, groups, and gangs. These criminal acts commonly involved the use and transfer of firearms, illicit drug trafficking, criminal possession and/or use of machine guns,

machine gun parts, and machine gun conversion devices, commonly referred to as "Glock Switches". I have participated in numerous investigations involving drug trafficking, firearms trafficking, and violent crimes, to include but not limited to street robberies and homicides.

3. As a sworn law enforcement officer, I have conducted and assisted with investigations involving the use of electronic mobile devices, social media applications, and social media accounts. I have experience throughout investigations involving electronic mobile devices and social media to include drafting, serving, and executing search warrants to obtain data and records, analyzing data extractions, analyzing account subscriber records, reviewing social media posts, obtaining cellular telephone GPS locations, and reviewing cell-site location data. In connection with my official ATF duties, I primarily investigate criminal violations of state and federal firearm and narcotics laws that include, but are not limited to, violations of Title 18, United States Code, Sections 922, 924, 932, and 933. Additionally, I investigate criminal violations of Title 26, United States Code, Section 5861, and Title 21, United States Code, Sections 841 and 846. I've also been a lead investigator on investigation(s) concerning violations of Title 18, United States Code, Section 554, as well as Title 50, United States Code, Section 4819, having worked closely with the Department of Homeland Security and Federal Bureau of Investigation.

4. The facts contained in this affidavit are based in part on information I have learned through my own investigation, experience, and background as a law enforcement officer and ATF Special Agent. The statements are also based on information gained from other law enforcement officials and individuals who have assisted in this investigation. Not every fact known has been placed in this affidavit.

## Offenses Being Committed

5. This affidavit is being submitted in support of a criminal complaint and arrest warrant for Tristan DAVIS, DOB: 02/22/XXXX. The facts and circumstances outlined in this affidavit are indicative of probable cause to believe that DAVIS, on or about July 17, 2025, possessed a firearm while being a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1); and possessed a machine gun, in violation of Title 18, United States Code, Section 922(o).

## Facts Establishing Probable Cause

6. On July 15, 2025, Special Agent Gabriel Hellard obtained a federal search warrant (3:25MJ-406) for DAVIS' residence located at 11916 Trottingham Circle, Louisville, KY 40299. On July 17, 2025, members of the ATF Louisville Field Office and members of the Louisville Metro Police Department (LMPD) executed the search warrant after DAVIS exited the residence and left in a vehicle with Rhonda HENDRICKS who transported him to a pre-arranged monthly check-in with his KY Probation Officer located at 410 West Chestnut Street, Louisville, KY 40202.

7. Upon searching the residence, members of the ATF assisted by LMPD seized, among other items, the following:

   a. A Glock, model G22, SN: BXAC272, pistol, with a suspected machine gun conversion device affixed to the firearm;

   b. A Glock, model G21, SN: CCPB176, pistol, with a suspected machine gun conversion device affixed to the firearm;

   c. A Century Arms/ Romarm Cugir, Micro Draco Russian Red grip, SN: ROA-24PMD-69196, pistol (grip painted black);

   d. An Anderson Manufacturing, AM-15, SN: 25022151, pistol;

   e. A "Swift link", AR-style machine gun conversion device;

   f. A Riley Defense, SN: B20909, 7.62x39 caliber, AK style firearm.

8. All of the seized evidence exhibits were located inside 11916 Trottingham Circle, Louisville, KY. In addition to the seized contraband, photographs were taken of bulk US Currency that appeared to be placed in vacuum sealed wrap, packaging material.

9. Additionally, inside the residence, members of the ATF located an insurance document with an effective date of December 14, 2024, detailing a renters insurance policy with the name of the insured Tristan DAVIS, 11916 Trottingham Circle.

10. Your affiant sought a verbal opinion and determination from ATF Firearm Enforcement Officer John Miller for the suspected machine gun conversion devices, who provided the following: "The devices pictured in your correspondence (attached to the rear of the Glock pistols slides) are consistent in size, shape, and configuration with all other machine gun conversion devices of this type (e.g. Glock switches) I have encountered as a Firearms Enforcement Officer. Additionally, the other item pictured in your correspondence is consistent with a 'swift link' or TCGTF for use in converting an AR type firearm into a machinegun."

11. Your affiant conferred with ATF Special Agent Michael McLaurine, who is an ATF Interstate Nexus Expert, who informed your affiant that Glock firearms are manufactured outside of the Commonwealth of Kentucky; hence, the Glock firearms present inside DAVIS' residence travelled in and affected interstate commerce.

12. Tristan DAVIS is a convicted felon based upon his felony conviction for two (2) counts of Wanton Endangerment 1st Degree and one (1) count of Criminal Mischief 1st Degree, which are both felony offenses, and was sentenced to supervised probation for five (5) years. Hence, DAVIS is federally prohibited from possessing a firearm or machine gun.

### Conclusion

13. Based on the evidence gathered in this investigation, affiant believes there is sufficient probable cause to arrest **Tristan DAVIS** for violations of Title 18, United States Code, Sections 922(g)(1) - (Possession of a Firearm by Convicted Felon) and Title 18, United States Code, Section 922(o) - (Possession of a Machinegun).

Respectfully submitted,

_____
Gabriel Hellard
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to me and subscribed by telephone in accordance with Fed. R. Crim. P. 4.1 and 41(d)(3) this 18th day of July, 2025.

**Lanny King, Magistrate Judge**
**United States District Court**

5