FILED
JAMES J. VILT, JR. - CLERK

AUG - 5 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**TRISTAN DAVIS**
**RHONDA HENDRICKS**

INDICTMENT

NO. 3:25-CR-111-CRS

18 U.S.C. § 922(a)(6)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(o)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(d)
18 U.S.C. § 932(b)(1)
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1
*(Possession of a Firearm by a Prohibited Person)*

On or about July 17, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **TRISTAN DAVIS**, knowingly possessed, in and affecting commerce, a Glock, model G22, .40 caliber pistol, bearing serial number BXAC272; a Glock, model G21 SF, .45 caliber pistol, bearing serial number CCPB176; a Century Arms/ Romarm Cugir, model Micro Draco, 7.62x39 millimeter caliber pistol, bearing serial number 24PMD-69196; an Anderson Manufacturing, model AM-15, 5.56 caliber pistol, bearing serial number 25022151; a Riley Defense, model RAK 47, 7.62x39 caliber rifle, bearing serial number B20909; and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about November 10, 2022, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 21-CR-2499, **TRISTAN DAVIS**, was convicted of the offenses of Wanton Endangerment in the First Degree (2 counts) and Criminal Mischief in the First Degree.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 2
*(Illegal Possession of a Machine Gun)*

On or about July 17, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **TRISTAN DAVIS**, did knowingly possess a machine gun, that is, five Glock Switches, bearing no serial number, and a Swift Link, bearing no serial number.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

The Grand Jury further charges:

## COUNT 3
*(Straw Purchasing of Firearms)*

On or about April 9, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **RHONDA HENDRICKS**, did knowingly purchase a firearm, to wit: a Glock, model G22, .40 caliber pistol, bearing serial number BXAC272, in or otherwise affecting interstate or foreign commerce for, on behalf of, and at the request or demand of TRISTAN DAVIS, knowing or having reasonable cause to believe that TRISTAN DAVIS had previously been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year; or did conspire to do so.

In violation of Title 18, United States Code, Sections 932(b)(1) and 932(c)(1).

The Grand Jury further charges:

## COUNT 4
*(False Statement During Purchase of a Firearm)*

On or about April 9, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **RHONDA HENDRICKS**, in connection with the acquisition of a

firearm, a Glock, model G22, .40 caliber pistol, bearing serial number BXAC272, from Everything Concealed Carry, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Everything Concealed Carry, which statement was intended and likely to deceive Everything Concealed Carry, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented she was the actual purchaser of a firearm.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

The Grand Jury further charges:

## COUNT 5
*(Straw Purchasing of Firearms)*

On or about June 16, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **RHONDA HENDRICKS**, did knowingly purchase a firearm, to wit: a Glock, model G21 SF, .45 caliber pistol, bearing serial number CCPB176; a Century Arms/ Romarm Cugir, model Micro Draco, 7.62x39 millimeter caliber pistol, bearing serial number 24PMD-69196; an Anderson Manufacturing, model AM-15, 5.56 caliber pistol, bearing serial number 25022151, in or otherwise affecting interstate or foreign commerce for, on behalf of, and at the request or demand of TRISTAN DAVIS, knowing or having reasonable cause to believe that TRISTAN DAVIS had previously been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year; or did conspire to do so.

In violation of Title 18, United States Code, Sections 932(b)(1) and 932(c)(1).

The Grand Jury further charges:

## COUNT 6
*(False Statement During Purchase of a Firearm)*

On or about June 16, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **RHONDA HENDRICKS**, in connection with the acquisition of a firearm, a Glock, model G21 SF, .45 caliber pistol, bearing serial number CCPB176; a Century Arms/ Romarm Cugir, model Micro Draco, 7.62x39 millimeter caliber pistol, bearing serial number 24PMD-69196; an Anderson Manufacturing, model AM-15, 5.56 caliber pistol, bearing serial number 25022151, from Alpha Guns Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Alpha Guns Inc., which statement was intended and likely to deceive Alpha Guns Inc., as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented she was the actual purchaser of a firearm.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 18, United States Code, Sections 922(g)(1), 922(o), 924(a)(2), 924(a)(8), and 932, as specifically charged in this Indictment, the defendants, **TRISTAN DAVIS** and **RHONDA HENDRICKS**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Sections 5872, and Title 28, United States Code, Section 2461, all firearms, magazines, and ammunition involved in the commission of said offenses, including but not limited to: a Glock, model G22, .40

caliber pistol, bearing serial number BXAC272; a Glock, model G21 SF, .45 caliber pistol, bearing serial number CCPB176; a Century Arms/ Romarm Cugir, Micro Draco Russian Red, 7.62x39 millimeter caliber pistol, bearing serial number 24PMD-69196; an Anderson Manufacturing, model AM-15, 5.56 caliber pistol, bearing serial number 25022151; a Riley Defense, model RAK 47, 7.62x39 caliber rifle, bearing serial number B20909; five machine gun conversion devices, bearing no serial number; a Swift Link machine gun conversion device, bearing no serial number; and assorted ammunition.

A TRUE BILL.

[Redacted]
FOREPERSON

*[signature]*
KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:APG:08/05/2025

5

UNITED STATES OF AMERICA v. TRISTAN DAVIS and RHONDA HENDRICKS

## PENALTIES

| | |
|---|---|
| Count 1: | NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release |
| Count 2: | NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release |
| Counts 3 & 5: | NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count) |
| Counts 4 & 6: | NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count) |
| Forfeiture | |

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.